295 Ga. 118
FINAL COPY

S14A0534.  WHEELER v. THE STATE.

THOMPSON, Chief Justice.

Following a jury trial, appellant Martin Wheeler was convicted of malice murder and aggravated assault in connection with the death of Pearl Johnson. His convictions were affirmed by this Court on appeal.  See Wheeler v. State, 290 Ga. 817 (725 SE2d 580) (2012).  In August 2013, appellant filed a motion in arrest of judgment which the trial court denied.  Appellant appealed, and we affirm.

Appellant challenges the trial court's denial of his motion in arrest of judgment in which he challenged the sufficiency of the evidence and alleged prosecutorial and judicial misconduct and violations of his fourth, fifth, sixth and fourteenth amendment rights during trial.  Judgments on appellant's convictions were entered on September 19, 2007, however, and his motion in arrest of judgment was filed on August 21, 2013, more than six years after his judgments were entered.  A motion in arrest of judgment must be filed within the term of court in which the judgment was rendered.  OCGA § 17-9-61 (b).

Accordingly, appellant's motion was not timely filed, and we do not address the merits, if any, of his motion. See <u>Dasher v. State</u>, 285 Ga. 308 (2) (676 SE2d 181) (2009); <u>Mitchell v. State</u>, 282 Ga. 416 (3) (651 SE2d 49) (2007).

Judgment affirmed. All the Justices concur.

Decided April 22, 2014.

Murder, etc. Grady Superior Court. Before Judge Cato.

Martin Wheeler, <u>pro se.</u>

Joseph K. Mulholland, District Attorney, Samuel S. Olens, Attorney General, Patricia B. Attaway Burton, Deputy Attorney General, Paula K. Smith, Senior Assistant Attorney General, for appellee.